AO 451 (Rev. 11/91 Certification of Judgment

RECEIVED
2006 AUG 18 A

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

GREAT AMERICAN INSURANCE COMPANY

v.

CHARLES H. STEPHENS, ET AL.

2:06mc3334-MHT

Case Number: 04-3642

I, Michael E. Kunz, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the amended final judgment entered in this action on 8/9/06, as it appears in the records of this court, and that **no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed.**

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

MICHAEL E. KUNZ
Clerk

August 14, 2006
Date

Mark Ciamaichelo, Deputy Clerk

*Insert the appropriate language:..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed," ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgmentwas affirmed by mandate of the Court of Appeals issued on [date]." ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†)Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, Plaintiff, v. CHARLES H. STEPHENS, et al., Defendants. | CIVIL ACTION<br><br>Civil Action No. 04-3642 |

TRUE COPY CERTIFIED TO FROM THE RECORD
DATE: AUG 14 2006
ATTEST: Steve Tomas
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**AMENDED FINAL JUDGMENT**

AND NOW, this 8 day of August, 2006, it is hereby ORDERED that an amended final judgment is entered for Plaintiff Great American Insurance Company and against Defendants Charles H. Stephens, Floy Stephens, Gary L. Bennett and Kay Bennett, jointly and severally, in the amount of $761,615.81, consisting of the following:

1. $391,827.00 for the Norwood settlement agreement;
2. $6,177.32 for the fee for the letter of credit;
3. $45,344.64 for interest through June 29, 2006 on the Norwood settlement;
4. $718.08 for interest through June 29, 2006 on the fee for the letter of credit;
5. $272,203.50 for attorneys' fees, consultants' fees and expenses;
6. $39,432.61 for interest through June 29, 2006 on the attorneys' fees, consultants' fees and expenses;

7. $5,912.66 for Wolff & Samson's approved but unpaid invoice.

BY THE COURT:

Michael M. Baylson, U.S.D.J.

mail
cc: Bennett
Shahinian
Joyce
Carlton
Kreiser

1023310.1