IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | | |
|---|---|---|
| GREAT COMMERCIAL INSURANCE CO., | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 2:06MC-03334-MHT |
| CHARLES H. STEPHENS, FLOY STEPHENS, GARY L. BENNETT, and KAY BENNETT, | § § § § § | WRIT OF GARNISHMENT |
| Defendants. | § § | |

TO: ServisFirst Bank
3300 Cahaba Road, Suite 300
Birmingham, Alabama 35223

You will please take notice that garnishment was issued in the above-entitled cause against ServisFirst on the 4th day of October, 2006, returnable to the United States District Court for the Middle District of Alabama, at Montgomery, Alabama, within thirty (30) days from date of service of process on said Garnishee.

Dated this 4th day of October, 2006.

DEBRA P. HACKETT, CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | | |
|---|---|---|
| GREAT COMMERCIAL INSURANCE CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:06MC-03334-MHT |
| | § | |
| CHARLES H. STEPHENS, FLOY STEPHENS, GARY L. BENNETT, and KAY BENNETT, | § § § | WRIT OF GARNISHMENT |
| | § | |
| Defendants. | § | |

You are hereby commanded forthwith to summon **ServisFirst Bank** ("ServisFirst") as Garnishee in the above-styled cause to appear within thirty (30) days from the date of service of this process, before the United States District Court for the Middle District of Alabama, at Montgomery, Alabama, and file a written answer, upon oath:

(1) as to whether you are or were indebted to the Defendant, Charles H. Stephens, at the time you received this process, or when you make your answer, or during the intervening time, and in what sum or sums;

(2) whether you will be indebted to him in the future by existing contract or;

(3) whether by existing contract you are liable to him for the delivery of personal property or for the payment of money which may be discharged by the delivery of personal property or which may be payable in personal property; and

(4) whether you have or not in your possession or under your control real or personal property or things in action belonging to the said Defendant.

Mailing the notarized answer to the Clerk of the Court constitutes making a proper appearance in the court.

<u>Amount Garnished</u>

| | |
|---|---|
| Principal amount: | $761,615.81 |
| Rate of interest: | 4.97% |
| Starting date of interest: | August 9, 2006 |
| Interest through September 29, 2006: | $5,288.95 |
| **Total:** | **$766,904.76** |

The United States Marshal, or other authorized officer, is hereby commanded to serve a copy of the above Writ of Garnishment on the above-named Garnishee, and make return of this Writ and the execution thereof, according to law.

Issued this ___4th___ day of ___October___, 2006.

DEBRA P HACKETT, CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | | |
|---|---|---|
| GREAT COMMERCIAL INSURANCE CO., | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 2:06MC-03334-MHT |
| CHARLES H. STEPHENS, FLOY STEPHENS, GARY L. BENNETT, and KAY BENNETT, | § § § § § | WRIT OF GARNISHMENT |
| Defendants. | § § | |

You are hereby commanded forthwith to summon **ServisFirst Bank** ("ServisFirst") as Garnishee in the above-styled cause to appear within thirty (30) days from the date of service of this process, before the United States District Court for the Middle District of Alabama, at Montgomery, Alabama, and file a written answer, upon oath:

(1) as to whether you are or were indebted to the Defendant, Floy Stephens, at the time you received this process, or when you make your answer, or during the intervening time, and in what sum or sums;

(2) whether you will be indebted to him in the future by existing contract or;

(3) whether by existing contract you are liable to her for the delivery of personal property or for the payment of money which may be discharged by the delivery of personal property or which may be payable in personal property; and

(4) whether you have or not in your possession or under your control real or personal property or things in action belonging to the said Defendant.

Mailing the notarized answer to the Clerk of the Court constitutes making a proper appearance in the court.

<u>Amount Garnished</u>

| | |
|---|---|
| Principal amount: | $761,615.81 |
| Rate of interest: | 4.97% |
| Starting date of interest: | August 9, 2006 |
| Interest through September 29, 2006: | $5,288.95 |
| **Total:** | **$766,904.76** |

The United States Marshal, or other authorized officer, is hereby commanded to serve a copy of the above Writ of Garnishment on the above-named Garnishee, and make return of this Writ and the execution thereof, according to law.

Issued this ___4th___ day of ___October___, 2006.

DEBRA P HACKETT, CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | | |
|---|---|---|
| GREAT COMMERCIAL INSURANCE CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Case No. 2:06MC-03334-MHT |
| | § | |
| CHARLES H. STEPHENS, FLOY STEPHENS, GARY L. BENNETT, and KAY BENNETT, | § | WRIT OF GARNISHMENT |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

You are hereby commanded forthwith to summon **ServisFirst Bank** ("ServisFirst") as Garnishee in the above-styled cause to appear within thirty (30) days from the date of service of this process, before the United States District Court for the Middle District of Alabama, at Montgomery, Alabama, and file a written answer, upon oath:

(1) as to whether you are or were indebted to the Defendant, Gary L. Bennett, at the time you received this process, or when you make your answer, or during the intervening time, and in what sum or sums;

(2) whether you will be indebted to him in the future by existing contract or;

(3) whether by existing contract you are liable to him for the delivery of personal property or for the payment of money which may be discharged by the delivery of personal property or which may be payable in personal property; and

(4) whether you have or not in your possession or under your control real or personal property or things in action belonging to the said Defendant.

Mailing the notarized answer to the Clerk of the Court constitutes making a proper appearance in the court.

Amount Garnished
    Principal amount:                             $761,615.81
    Rate of interest:                                   4.97%
    Starting date of interest:                     August 9, 2006
    Interest through September 29, 2006:     $5,288.95
          **Total:**                                   **$766,904.76**

The United States Marshal, or other authorized officer, is hereby commanded to serve a copy of the above Writ of Garnishment on the above-named Garnishee, and make return of this Writ and the execution thereof, according to law.

Issued this ___4th___ day of ___October___, 2006.

DEBRA P HACKETT, CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | |
|---|---|
| GREAT COMMERCIAL INSURANCE CO., | § |
| | § |
|     Plaintiff, | § |
| | § |
| v. | §   Case No. 2:06MC-03334-MHT |
| | § |
| CHARLES H. STEPHENS, FLOY STEPHENS, GARY L. BENNETT, and KAY BENNETT, | §   WRIT OF GARNISHMENT |
| | § |
|     Defendants. | § |

You are hereby commanded forthwith to summon **ServisFirst Bank** ("ServisFirst") as Garnishee in the above-styled cause to appear within thirty (30) days from the date of service of this process, before the United States District Court for the Middle District of Alabama, at Montgomery, Alabama, and file a written answer, upon oath:

(1) as to whether you are or were indebted to the Defendant, Kay Bennett, at the time you received this process, or when you make your answer, or during the intervening time, and in what sum or sums;

(2) whether you will be indebted to him in the future by existing contract or;

(3) whether by existing contract you are liable to her for the delivery of personal property or for the payment of money which may be discharged by the delivery of personal property or which may be payable in personal property; and

(4) whether you have or not in your possession or under your control real or personal property or things in action belonging to the said Defendant.

Mailing the notarized answer to the Clerk of the Court constitutes making a proper appearance in the court.

<u>Amount Garnished</u>

| | |
|---|---|
| Principal amount: | $761,615.81 |
| Rate of interest: | 4.97% |
| Starting date of interest: | August 9, 2006 |
| Interest through September 29, 2006: | $5,288.95 |
| **Total:** | **$766,904.76** |

The United States Marshal, or other authorized officer, is hereby commanded to serve a copy of the above Writ of Garnishment on the above-named Garnishee, and make return of this Writ and the execution thereof, according to law.

Issued this ___4th___ day of ___October___, 2006.

DEBRA P HACKETT, CLERK

By: _____
Deputy Clerk