**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 28, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Great American Insurance Company v. Stephens et al**

**Case Number:   2:06-mc-03334-MHT**

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to include a certificate of service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 13   filed on   February 27, 2008.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GREAT AMERICAN INS. CO., | § |
| | § |
|     Plaintiff, | § |
| | § |
| v. | §    Case No. 2:06mc-03334-MHT |
| | § |
| CHARLES H. STEPHENS, et al., | § |
| | § |
|     Defendants. | § |

**PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT**

Great American Insurance Company hereby notifies this Court and all other affected persons, entities and parties, that the judgment in the amount of $761,615.81 entered in favor of Great American Insurance Company and against the Defendants, Charles H. Stephens, Floy Stephens, Gary L. Bennett, and Kay Bennett, entered by the United States District Court of the Eastern District of Pennsylvania on August 9, 2006, and subsequently registered in this Court on August 23, 2006, has been paid and satisfied in full effective this the 26th day of February, 2008.

                                                                     /s/ R. Cooper Shattuck
                                                                     R. Cooper Shattuck (SHATR-5109)
                                                                     Attorney for Plaintiff, Great American Insurance Company

OF COUNSEL:
ROSEN HARWOOD, P.A.
2117 Jack Warner Parkway
Post Office Box 2727
Tuscaloosa, Alabama  35403
Telephone:  (205) 344-5000
Facsimile:  (205) 758-8358

\\server2k3\vol1\frances\shattuck\gaic\bennett - stephens\collection on judgment\pleadings\word pleading drafts\satisfaction of judgment middle district.doc

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following parties in this proceeding by mailing same by United States mail, properly addressed and first class postage prepaid, and/or sent electronically via the CM/ECF system on this 27th day of February, 2008.

Armen Shahinian
Robert T. Carlton, Jr.
Wolff & Samson PC
One Boland Drive
West Orange, NJ  07052

Travis Kreiser
Ewing & Kreiser PC
500 Fayette Street #201
Conshohocken, PA  19428

Henry J. Costa, Jr.
Flamm Boroff Bacine PC
925 Harvest Drive, Suite 220
Blue Bell, PA  19422

Richard J. Joyce
Reager & Adler PC
2331 Market Street
Camp Hill, PA  17011

Gary L. Bennett
3301 Afton Way
Birmingham, AL  35242

Kay Bennett
3301 Afton Way
Birmingham, AL  35242

/s/ R. Cooper Shattuck
R. Cooper Shattuck (SHATR-5109)